## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ALEXANDRIA AVILA,

      Plaintiff,

v.                                                                                              Case No: 5:23-cv-206-JSM-PRL

DIRECTOR, U.S. CITIZEN AND
IMMIGRATION SERVICES and
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 11).   Upon review and

consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of June, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record